United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Aaron Michael Lehman  
Heather Lehman  
    Debtor(s)

Case No. 20-01788-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 27, 2020      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

**Recip ID**    **Recipient Name and Address**  
+   DANALIE ENTERPRISES INC, C/O GREG BADOUR OWNER, 9 LIBERTY AVE, NEW FREEDOM, PA 17349-9219

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

**Name**    **Email Address**

Charles J DeHart, III (Trustee)  
    TWecf@pamd13trustee.com

Jerome B Blank  
    on behalf of Creditor Lakeview Loan Servicing LLC pamb@fedphe.com

Mario J. Hanyon  
    on behalf of Creditor Lakeview Loan Servicing LLC pamb@fedphe.com

Rebecca Ann Solarz  
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

Stephen Wade Parker  
    on behalf of Debtor 2 Heather Lehman Mooneybkecf@gmail.com R61895@notify.bestcase.com

Stephen Wade Parker

on behalf of Debtor 1 Aaron Michael Lehman Mooneybkecf@gmail.com R61895@notify.bestcase.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>AARON MICHEAL LEHMAN<br>HEATHER LEHMAN,<br>    Debtors<br><br>AARON MICHEAL LEHMAN<br>HEATHER LEHMAN,<br>    Movants<br><br>v.<br><br>DANALIE ENTERPRISES, INC.,<br>    Respondent | CHAPTER 13<br><br>CASE NO. 1:20-bk-01788 |

**O R D E R**

    UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code, it is hereby

    ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of DANALIE ENTERPRISES in the approximate amount of $37,950.00 entered in York County at docket number # 2020 NO 002073 be and hereby is avoided; it is further ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of York County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated: October 27, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)