**TBF Financial, LLC**
870 Sheridan Road
Highwood, IL 60040



March 22, 2022

FILED '22 APR 4 PM2:01
CLERK, US COURT, PAMB

United States Bankruptcy Court
Middle District of Pennsylvania
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

Re: **Debtor Name:** Heather L Lehman
**Bankruptcy Case No.:** 20-01788
**Chapter:** 13

Dear Sir or Madam:

TBF Financial, LLC is a Creditor listed in the above referenced bankruptcy. We would like to request a Change of Address for notices and payments.

**Old Address:**
740 Waukegan Rd., Suite 404
Deerfield, IL 60015

**New Address:**
870 Sheridan Rd.
Highwood, IL 60040

If you have any questions, feel free to contact me.

Sincerely yours,

Brett Boehm

Phone: (847) 267-0600     Fax: (847) 267-0606