# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Aaron Michael Lehman           BK NO. 20-01788 HWV
       Heather Lehman

               Debtor(s)              Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC enote vesting-- Nationstar Mortgage LLC and index same on the master mailing list.

                                                 Respectfully submitted,

/s/ *Brent J. Lemon*
_____
Brent Lemon
05 Aug 2024, 14:39:58, EDT


                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA  19106
                                       215-627-1322