United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-01788-HWV
Aaron Michael Lehman  Chapter 13
Heather Lehman
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Jun 20, 2025 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron Michael Lehman, Heather Lehman, 103 S. East Street, Spring Grove, PA 17362-1215 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| 5334103 | + | Danalie Enterprises Inc, 9 Liberty Avenue, New Freedom, PA 17349-9219 |
| 5334108 | + | Greg Badour/Senft Law Firm, 105 Leader Heights Road, York, PA 17403-5137 |
| 5334117 | + | PA Department of Revenue, PO Box 280901, Harrisburg, PA 17128-0901 |
| 5360666 | + | Performance Food Group Company, 12500 West Creek Parkway, Richmond, VA 23238-1110 |
| 5334123 | + | Williams Service Co., 1760 6th Ave, York, PA 17403-2643 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 20 2025 23:29:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 20 2025 19:42:41 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| 5334095 | + | Email/Text: samm@acgcapital.com | Jun 20 2025 19:28:00 | American Capital Group, 23382 Mill Creek Drive, Laguna Hills, CA 92653-1682 |
| 5334096 | + | Email/PDF: bncnotices@becket-lee.com | Jun 20 2025 19:42:41 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 5351643 | | Email/PDF: bncnotices@becket-lee.com | Jun 20 2025 19:42:39 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5334098 | + | EDI: CAPITALONE.COM | Jun 20 2025 23:29:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5334097 | + | EDI: CAPITALONE.COM | Jun 20 2025 23:29:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 5337560 | | EDI: CAPITALONE.COM | Jun 20 2025 23:29:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5334099 | + | EDI: JPMORGANCHASE | Jun 20 2025 23:29:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 5334100 | + | EDI: CITICORP | Jun 20 2025 23:29:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5334102 | + | EDI: COMCASTCBLCENT | Jun 20 2025 23:29:00 | Comcast, PO Box 70219, philadelphia, PA |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5337906 | + | EDI: DISCOVERPL | Jun 20 2025 23:29:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 19176-0219 |
| 5334106 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 20 2025 19:28:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 5334107 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 20 2025 19:28:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5334109 | | EDI: IRS.COM | Jun 20 2025 23:29:00 | Internal Revenue Service, PO Box 804522, CIncinnati, OH 45280 |
| 5341092 | + | Email/Text: RASEBN@raslg.com | Jun 20 2025 19:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 5343338 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 20 2025 19:28:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 5335870 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 19:42:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5334110 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 19:42:40 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5488186 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 20 2025 19:28:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 5488187 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 20 2025 19:28:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage, LLC 75261-9094 |
| 5334111 | | Email/Text: camanagement@mtb.com | Jun 20 2025 19:28:00 | M&T Bank, PO Box 62146, Baltimore, MD 21264-2146 |
| 5334114 | | Email/Text: bknotices@mbandw.com | Jun 20 2025 19:28:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146 |
| 5334113 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 20 2025 19:28:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5334115 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 20 2025 19:29:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5350241 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 20 2025 19:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5334116 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Jun 20 2025 19:29:00 | PA Department of Labor & Industry, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 5334119 | | Email/Text: Bankruptcy@swiftcapital.com | Jun 20 2025 19:28:00 | Swift Capital, 3505 Silverside Rd, Wilmington, DE 19810 |
| 5351566 | | EDI: PRA.COM | Jun 20 2025 23:29:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5371354 | | EDI: PENNDEPTREV | Jun 20 2025 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5334120 | + | EDI: SYNC | Jun 20 2025 23:29:00 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5335353 | ^ | MEBN | Jun 20 2025 19:27:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5334121 | + | Email/Text: JWAGNER@TBFGROUP.COM | Jun 20 2025 19:28:00 | TBF Financial LLC, 870 Sheridan Rd, Highwood, IL 60040-1003 |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| 5338129 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 20 2025 19:42:41 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5334122 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 20 2025 19:43:32 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 5334124 | + Email/Text: kcm@yatb.com | Jun 20 2025 19:28:00 | York Adams Tax Bureau, PO Box 15627, York, PA 17405-0156 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5334105 cr | | Discover Personal Lo |
| | *+ | TBF Financial LLC, 870 Sheridan Rd, Highwood, IL 60040-1003 |
| 5334101 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5356594 | * | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 5334104 | *+ | Danalie Enterprises Inc, 9 Liberty Avenue, New Freedom, PA 17349-9219 |
| 5343339 | *+ | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 5334112 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 62146, Baltimore, MD 21264-2146 |
| 5338339 | *+ | TBF Financial LLC, 870 Sheridan Rd, Highwood, IL 60040-1003 |
| 5334118 | ##+ | Senft Law Firm LLC, 105 Leader Heights Road, York, PA 17403-5137 |

TOTAL: 1 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Lakeview Loan Servicing LLC amps@manleydeas.com |
| Brenda Sue Bishop | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jerome B Blank | on behalf of Creditor Lakeview Loan Servicing LLC pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | |
|---|---|
| Nicholas G. Platt | on behalf of Debtor 2 Heather Lehman ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Aaron Michael Lehman ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 2 Heather Lehman wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 1 Aaron Michael Lehman wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Aaron Michael Lehman | | Social Security number or ITIN: xxx–xx–4425<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Heather Lehman | | Social Security number or ITIN: xxx–xx–4589<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:20-bk-01788-HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Aaron Michael Lehman    Heather Lehman

6/20/25

**By the court:** _Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2